## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| | § | |
| UNITED STATES OF AMERICA | § | |
| *ex rel.* Kurt Buchanan, | § | Case No.: 20-cv-00430-JD |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | MOTION TO WITHDRAW |
| BLUE AIR TRAINING, LLC, | § | REPRESENTATION AND |
| | § | TERMINATE ELECTRONIC |
| Defendant. | § | NOTICES |

_____

## MOTION TO WITHDRAW REPRESENTATION AND TERMINATE
## ELECTRONIC NOTICES
_____

Movants Joel M. Androphy and Janis G. Gorton of Berg & Androphy, counsel for Plaintiff-Relator Kurt Buchanan ("Relator"), respectfully move this Court for an order granting their withdrawal from representation of Relator and respectfully request that Relator be given sixty (60) days from the granting of this motion to find new counsel.

On July 16, 2021, The United States filed a Notice of Election to Decline Intervention informing the Court that it declined to intervene in this matter and requesting that the seal be lifted. Dkt. No. 11. The Court unsealed the case on July 21, 2021 and ordered Relator to serve his complaint on the Defendant. Dkt. No. 12. The complaint has not been served.

Professional considerations require termination of the representation. The Representation Agreement between Relator and undersigned counsel provides that counsel may withdraw if the United States declines to intervene in this case.

Counsel has made repeated attempts to contact Relator, both via telephone and in writing, over the last six (6) weeks regarding whether he wanted to pursue the case with new counsel, but Relator has not responded to Counsel's attempts to contact him. Counsel advised Relator of the firm's intent to file a motion requesting that the Court to allow Berg & Androphy to withdraw as Relator's attorney-of-record in this case. The United States does not oppose this motion.

Movant respectfully moves the Court for an Order discharging Berg & Androphy as attorneys-of-record for Relator and request that Relator be given sixty (60) days from the granting of this motion to find new counsel. Movant also requests that the Clerk of this Court terminate delivery of all notices to undersigned counsel in this case.

Dated: October 13, 2021

Respectfully submitted,

BERG & ANDROPHY

/s/ *Joel M. Androphy*
Joel M. Androphy
TX State Bar No. 01254700
Janis G. Gorton
TX State Bar No. 24071063
3704 Travis Street
Houston, Texas 77002
Telephone (713) 529-5622
Facsimile (713) 529-3785
JAndrophy@bafirm.com
JGorton@bafirm.com

COUNSEL FOR RELATOR

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 13, 2021, a true and correct copy of the foregoing document was served on the United States via the Court's Electronic Case Filing System (CM/ECF).

<u>/s/ *Joel M. Androphy*</u>
Joel M. Androphy